UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

**YOLANDA HERNANDEZ,**

    Plaintiff,

v.

**CAREERSOURCE PALM
BEACH COUNTY, INC.**

    Defendant.

_____

COMPLAINT
(JURY TRIAL DEMANDED)

Plaintiff, YOLANDA HERNANDEZ, sues the Defendant, CAREERSOURCE PALM BEACH COUNTY, INC., and as grounds alleges:

PARTIES

1. Plaintiff, YOLANDA HERNANDEZ, is a female citizen of the United States and a resident of St Johns County, Florida.

2. Defendant, CAREERSOURCE PALM BEACH COUNTY, INC. (colloquially known as "CAREERSOURCE") is an "employer" as defined by Title VII of the Civil Rights Act of 1991.

JURISDICTION AND VENUE

4. This is an action arising under Title VII of the 1991 Civil Rights Act. The Court has jurisdiction pursuant to 28 U.S.C. 1331 and §1337 as this action arises under federal law.

5. CAREERSOURCE conducts operations in the Southern of District of Florida and venue is proper in this district.

## CONDITIONS PRECEDENT

6. Plaintiff filed a formal complaint of discrimination with the EEOC on April 13, 2022. A right to sue was issued on June 28, 2022.

7. With the issuance of the right to sue, Plaintiff was authorized to file suit in this court against this Defendant within 90 days of that date.

8. This complaint is timely filed.

## GENERAL ALLEGATIONS

9. Plaintiff was employed with Defendant from July, 2016 until July 13, 2021. Her last position was a Program Manager.

10. Plaintiff always performed her job in a satisfactory manner.

11. Plaintiff was terminated because the former wife of the organization's former leader became convinced Plaintiff was in a relationship with her former husband.

12. She told her female friends in the organization that Plaintiff was having an affair and organized efforts to fire Plaintiff.

13. Plaintiff was terminated as a result of this campaign against her and thus she was discriminated against on account of her sex.

## COUNT I

## VIOLATION OF TITLE VII-GENDER DISCRIMINATION

14. Plaintiff readopts and re-alleges paragraphs 1 through 16 above as if fully set forth herein.

15. HERNANDEZ was subjected to discrimination because of her gender in that she was subjected to a work environment ridiculed with sexual

innuendo and suggestion at the hands of an influential female manager and her colleagues whom she gathered to bully, mob, and harass her. Julia Dattolo marginalized Plaintiff by, among things, excluding her from social interaction.

16. This conduct created a workplace that was objectively and subjectively hostile to her because of her gender.

17. The Defendant terminated Plaintiff on wholly pretextual grounds, namely the elimination of her position. No other position was been eliminated and the Defendant did not comply with the provisions of the Older Workers Benefits Protection Act which was required to be given to Plaintiff who was over forty.

18. The Defendant did not comply with the rules regarding reductions in force by selecting employees using a neutral criterion.

19. In fact, her position was never eliminated and Plaintiff's duties were assigned to Lisa Verela two weeks after Plaintiff left.

20. As a direct, natural, foreseeable and proximate result of the actions and inactions of Defendant, by and through the actions and inactions of its managerial personnel, Plaintiff has suffered injuries and losses including a violation of her statutory rights, pain and suffering and extreme emotional stress, and loss of ability to lead a normal life - all of which injuries and losses are continuing and permanent in nature.

WHEREFORE, Plaintiff prays for the following relief:

a. Entry of a judgment for restitutionary, compensatory, and liquidated damages including, but not limited to, damages for emotional pain and suffering, anguish, injury of reputation, and loss of capacity to enjoy life;

b. Order the reinstatement of Plaintiff with full back pay and benefits or in lieu of reinstatement, award front pay;

c. Award Plaintiff her costs in this action, including reasonable attorneys' fees and expert fees as provided by the ADA; and

d. Any other equitable relief deemed appropriate by this Court.

DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury as to all issues so triable as a matter of right.

BY: */s/ G. Ware Cornell, Jr.*
G. Ware Cornell, Jr.
Fla. Bar No.: 203920
ware@warecornell.com
**CORNELL & ASSOCIATES, P.A.**
*Counsel for Plaintiff*
2645 Executive Park Drive
Weston, Fla. 33331
Tel: (954) 641-3441