UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81149-AMC

**YOLANDA HERNANDEZ,**
    Plaintiff,

v.

**PALM BEACH WORKFORCE DEVELOPMENT CONSORTIUM** and **CAREERSOURCE PALM BEACH COUNTY, INC.,**
    Defendant.
_____

**AMENDED COMPLAINT**
(JURY TRIAL DEMANDED)

Plaintiff, YOLANDA HERNANDEZ, sues the Defendants, PALM BEACH WORKFORCE DEVELOPMENT CONSORTIUM and CAREERSOURCE PALM BEACH COUNTY, INC., and as grounds for her Amended Complaint alleges:

PARTIES

1. Plaintiff, YOLANDA HERNANDEZ, is a female citizen of the United States and a resident of Flagler County, Florida.

2. Defendant, PALM BEACH WORKFORCE DEVELOPMENT CONSORTIUM ("CONSORTIUM") is a joint "employer" as defined by Title VII of the Civil Rights Act of 1991 and the Florida Civil Rights Act of 1992, §760.01 et seq.

3. Defendant, CAREERSOURCE PALM BEACH COUNTY, INC. ("CAREERSOURCE"), is a Florida not for profit corporation and is a joint "employer" as defined by the Civil Rights Act of 1991 ("Title VII") and the Florida Civil Rights Act of 1992 ("FCRA").

## JURISDICTION AND VENUE

4. This is an action arising under Title VII of the 1991 Civil Rights Act. The Court has jurisdiction pursuant to 28 U.S.C. §1331 and §1337 as this action arises under federal law. The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1967.

5. Defendants, CAREERSOURCE and CONSORTIUM, conduct operations in the Southern District of Florida and venue is proper in this district.

## CONDITIONS PRECEDENT

6. Plaintiff filed the attached formal complaint of discrimination with the EEOC on April 13, 2022. This charge was co-filed with the Florida Commission on Human Relations pursuant to a work sharing agreement.

7. A right to sue was issued by the EEOC on June 28, 2022.

8. With the issuance of the right to sue, Plaintiff was authorized to file suit under Title VII in this court against these Defendants within 90 days of that date.

9. Because the Charge of Discrimination was co-filed with the Florida Commission on Human Relations, and the Commission made no finding of "no probable cause", within 180 days Plaintiff was authorized to file suit under the provisions of §760.11(8), Florida Statutes.

10. This complaint is timely filed.

## GENERAL ALLEGATIONS

11. CAREERSOURCE and CONSORTIUM conduct all business at the same address, with the same phone number, and the same management. Phone calls to the Defendants are answered "CAREERSOURCE". All employees are given business

cards identifying their employer as "CAREERSOURCE" even if their pay reflects "CONSORTIUM".

12. Until a name change was made by an Amendment to the Articles of Incorporation on April 14, 2014, CAREERSOURCE was known as Workforce Alliance, Inc.

13. The Interlocal Agreement between Workforce Alliance, Inc. and Palm Beach County dated July 7, 2007 expressly provides that "…the Consortium Director shall also be the President and CEO of Workforce Alliance, Inc." As noted above, Workforce Alliance, Inc. changed its name to CAREERSOURCE PALM BEACH COUNTY, INC. in April, 2014.

14. As such, CAREERSOURCE and CONSORTIUM are joint employers.

15. Plaintiff was employed with Defendants from July, 2016 until July 13, 2021. Her last position was a Program Manager.

16. Plaintiff always performed her job in a satisfactory manner.

17. Plaintiff was terminated because the former wife of the organization's former leader became convinced that Plaintiff was in a relationship with her former husband. As will be set forth below, male executives suspected of having affairs with subordinates in the organization were not fired and thus, treated more favorably because of their gender than Plaintiff.

18. For instance, a male Vice President was discovered by a cleaning worker having sex with a subordinate female employee in a conference room. This was reported to Human Resources and no action was taken against the male Vice President.

19. On another occasion, the Chief Operating Officer was rumored to be having an affair with a subordinate whom he married very shortly after his wife died. No disciplinary action was ever taken against him.

20. Plaintiff, in contrast, was singled out for termination because of mere and unfounded rumors that she was having an affair with the former CEO.

21. Thus, Plaintiff was terminated as a result of a campaign against her on account of her gender and she was treated differently than similarly situated males.

COUNT I

VIOLATION OF TITLE VII and the FCRA-GENDER DISCRIMINATION

22. Plaintiff readopts and re-alleges ¶ 1 through 21 above as if fully set forth herein.

23. HERNANDEZ was subjected to discrimination because of her gender in that she was treated differently than male executives thought to be having affairs.

24. This conduct created a workplace which was objectively and subjectively discriminatory to her because of her gender.

25. The Defendants terminated Plaintiff on wholly pretextual grounds, namely the elimination of her position. No other position was being eliminated and the Defendants did not complete with the provisions of the Older Workers Benefits Protection Act which was required to be given to Plaintiff who was over forty.

26. The Defendants did not comply with the rules regarding reductions in force by selecting employees using a neutral criterion.

27. In fact, her position was never eliminated and Plaintiff's duties were assigned to Lisa Verela two weeks after Plaintiff left.

28. As a direct, natural, foreseeable, and proximate result of the actions and inactions of Defendants, by and through the actions and inactions of its managerial personnel, Plaintiff has suffered injuries and losses including a violation of her statutory rights; pain and suffering and extreme emotional stress; and loss of ability to lead a normal life - all of which injuries and losses are continuing and permanent in nature.

WHEREFORE, Plaintiff prays for the following relief:

   a. Entry of a judgment for restitutionary, compensatory, and liquidated damages including, but not limited to, damages for emotional pain and suffering, anguish, injury of reputation and loss of capacity to enjoy life;

   b. Order the reinstatement of Plaintiff with full back pay and benefits or, in lieu of resolution, award front pay.

   c. Award Plaintiff her costs in this action, including reasonable attorneys' fees and expert fees as provided by the Title VII and the FCHR; and

   d. Any other equitable relief deemed appropriate by this Court.

<u>DEMAND FOR JURY TRIAL</u>

Plaintiff demands trial by jury as to all issues so triable as a matter of right.

BY: <u>*/s/ G. Ware Cornell, Jr.*</u>
G. Ware Cornell, Jr.
Fla. Bar No.: 0203920
ware@warecornell.com

**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff
2645 Executive Park Drive
Weston, Fla. 33331
Tel: (954) 641-3441

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 6th day of February, 2023.

<u>/s/ G. Ware Cornell, Jr.</u>
**CORNELL & ASSOCIATES, P.A.**
Counsel for Plaintiff

**SERVICE LIST**

Kenneth M. Rehns
Fla. Bar No.: 1003357
krehns@warddamon.com
**WARD DAMON PL**
Counsel for Defendants
4420 Beacon Circle
West Palm Beach, Fla. 33407
T: (561) 842-3000

# Charge of Discrimination
## EEOC and Florida Commission on Human Relations

EEOC and
The Local Agency, If any

**NAME (Indicate Mr., Ms., Mrs.)** Yolanda A. Hernandez

**HOME TELEPHONE** 561-628-2882

**STREET ADDRESS** 4591 Empire Way,   **City, State and Zip Code** Greenacres FL 33463

**DATE OF BIRTH** APRIL 7, 1975

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME** Palm Beach Workforce Dev

**NUMBER OF EMPLOYEES, MEMBERS** more than 100plus

**TELEPHONE (Include Area Code)** 561-340-1060

**STREET ADDRESS** 3400 Belvedere Road   **City, State and Zip Code** West Palm Beach FL 33406

**COUNTY** Palm Beach

**NAME**

**TELEPHONE (Include Area Code)**

**STREET ADDRESS**   **City, State and Zip Code**

**COUNTY**

**CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))**

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)   LATEST (ALL)

☐ CONTINUING ACTION

Respondent has discriminated against me on account of my gender in violation of the Florida Civil Rights Act and federal discrimination laws

I was terminated because of rumors that I was having an affair with the former CEO although the employer falsely claimed, my position was eliminated. I believe that I was stereotyped and thus that my gender played a role in my termination and that no male would be terminated because of these rumors.

Gender

Respondent has discriminated against me because of my _____. I believe the Respondent has violated Title VII of the Civil Rights Act of 1964, as amended, and the Florida Civil Rights Act of 1992, as amended, the he workplace.

I want this charge filed with both the EEOC and the Florida Commission on Human Relations. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

Date
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

Signature of Notary below

SUBSCRIBED AND SWORN TO BEFORE ME THIS DWAYNE CORNELL, JR.
(Day, month and year)   MY COMMISSION # GG 969514
EXPIRES: April 29, 2024
Bonded Thru Notary Public Underwriters